**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00327-REB-BNB

BILL J. HALL,

    Plaintiff,

v.

TOWN OF GILCREST, COLORADO, a municipal corporation, and
MENDA K. WARNE, an individual,

    Defendants.

**ORDER APPROVING STIPULATION. GRANTING MOTION FOR
PARTIAL DISMISSAL, AND REMANDING TO STATE COURT**

**Blackburn, J.**

The matter before me is the parties' **Stipulation and Motion for Partial Dismissal and Remand to State Court** [#31][1] filed May 6, 2011.  The parties represent that plaintiff has agreed to dismiss all federal claims in this lawsuit, leaving only state law claims and thereby making remand appropriate.  No party opposes such a remand.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation and Motion for Partial Dismissal and Remand to State Court** [#31] filed May 6, 2011, is **GRANTED**;

2. That the First, Second, Third, Fifth, and Sixth Claims for Relief asserted in the **Verified Complaint** [#2] filed February 7, 2011, are **DISMISSED WITH PREJUDICE**;

3. That judgment **SHALL ENTER** on behalf of defendant, the Town of Gilcrest,

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Colorado, a municipal corporation, and Menda K. Warne, an individual, against plaintiff, Bill J. Hall, as to the First, Second, Third, Fifth, and Sixth Claims for Relief asserted in the **Verified Complaint** [#2], filed February 7, 2011; provided, that the judgment as to these claims **SHALL BE** with prejudice;

      4. That defendants' **Motion To Dismiss** [#5] filed February 7, 2011, is **DENIED AS MOOT** with respect to the federal claims dismissed by this order; and

      5. That this case is **REMANDED** to the District Court of Weld County, Colorado, (where it was originally filed as Case No. 2010CV2256).

      Dated May 9, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge