**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00327-REB-BNB

BILL J. HALL,

    Plaintiff,

v.

TOWN OF GILCREST, COLORADO, a municipal corporation, and
MENDA K. WARNE, an individual,

    Defendants.

---

### AMENDED[1] ORDER APPROVING STIPULATION. GRANTING MOTION FOR PARTIAL DISMISSAL, AND REMANDING TO STATE COURT

**Blackburn, J.**

The matter before me is the parties' **Stipulation and Motion for Partial Dismissal and Remand to State Court** [#31][2] filed May 6, 2011. By this motion, the parties represent that plaintiff has agreed to dismiss all federal claims in this lawsuit, leaving only state law claims and thereby making remand appropriate. No party opposes such a remand.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation and Motion for Partial Dismissal and Remand to State Court** [#31] filed May 6, 2011, is **GRANTED**;

---

[1] This amended order is entered solely to correct a typographical error in the civil case number of the state court case from which this matter was removed. In all other respects, this amended order is identical to that previously entered on May 9, 2011, as docket number 32.

[2] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That the First, Second, Third, Fifth, and Sixth Claims for Relief asserted in the **Verified Complaint** [#2] filed February 7, 2011, are **DISMISSED WITH PREJUDICE**;

3. That judgment **SHALL ENTER** on behalf of defendants, the Town of Gilcrest, Colorado, a municipal corporation, and Menda K. Warne, an individual, against plaintiff, Bill J. Hall, as to the First, Second, Third, Fifth, and Sixth Claims for Relief asserted in the **Verified Complaint** [#2] filed February 7, 2011; provided, that the judgment as to these claims **SHALL BE** with prejudice;

4. That defendants' **Motion To Dismiss** [#5] filed February 7, 2011, is **DENIED AS MOOT** with respect to the federal claims dismissed by this order; and

5. That this case is **REMANDED** to the District Court, Weld County, Colorado (where it was originally filed as Case No. 2010CV1156).

Dated May 18, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge